UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KARL DAVIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-2640** |
| **N. BURL CAIN, WARDEN** | **SECTION: "N"(3)** |

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 40), and the Objection (Rec. Doc. 41) to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Karl Davis is **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 6th day of December 2017.

_____
**UNITED STATES DISTRICT JUDGE**